IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LANCE JAVON SHEFFIELD,

      Plaintiff,

v.                                    Case No. 4:15cv573-MW/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5.[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure

---

[1] Plaintiff filed a document entitled "Involuntary Dismissal," ECF No. 5, which this Court construes as objections.

1

to comply with an order of this Court or prosecute this case." The Clerk shall close the file.

    **SO ORDERED on February 1, 2016.**

                                          <u>**s/Mark E. Walker**</u>          ____
                                          **United States District Judge**